IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -9 PM 12: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EDGAR JOHNSON, )
)
Plaintiff, )
)
vs. )   Civ. No. 03-2567-D/P
)
HOME TECH SERVICES CO., INC., )
et al., )
)
Defendants. )
)

**ORDER GRANTING DEFENDANTS, HOME TECH SERVICES, INC.; MEMPHIS FINANCIAL SERVICES, INC.; AND WORLD WIDE MORTGAGE CORP.'S MOTION FOR PROTECTIVE ORDER**

Before the court is defendants Home Tech Services, Inc.; Memphis Financial Services, Inc.; and World Wide Mortgage Corp's Motion for Protective Order, filed on August 5, 2005. For good cause shown and no opposition to, the motion is hereby GRANTED.

Defendants shall have up to sixty (60) days after plaintiff provides expert disclosures to make their expert disclosures.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

Date  August 9, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8/10/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 249 in case 2:03-CV-02567 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT