IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EDGAR JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:03-cv-2567- BBD-tmp |
| HOME TECH SERVICES CO., INC., *et al.,* | ) |
| Defendants, | ) |

## ORDER GRANTING EXTENSION OF TIME TO DEFENDANT WACHOVIA BANK OF DELAWARE, N.A. TO RESPOND TO MOTION TO COMPEL DISCOVERY

This matter came before the Court upon the Unopposed Motion of Defendant Wachovia Bank of Delaware, N.A. to extend the time within which it may respond to Plaintiff's Objections to the Magistrate Judge's Order Granting in Part and Denying in Part Plaintiffs' Motions to Compel. (Docket Entry No. 235) It appears to the Court that good cause has been shown and that the motion of Defendant Wachovia Bank of Delaware, N.A. is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendant Wachovia Bank of Delaware, N.A. may have an extension of time up to and including May 16, 2005 within which to respond to Plaintiff's Objections to the Magistrate Judge's Order Granting in Part and Denying in Part Plaintiffs' Motions to Compel. (Docket Entry No. 235)

UNITED STATES DISTRICT JUDGE

DATE: August 18, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 251 in case 2:03-CV-02567 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT