UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EDGAR JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-2567 – D/P |
| ) | |
| HOME TECH SERVICES CO., INC., ) | |
| MEMPHIS FINANCIAL SERVICES, INC., ) | |
| WORLDWIDE MORTGAGE CORP., ) | |
| WACHOVIA BANK OF DELAWARE ) | |
| NATIONAL ASSOCIATION, EQUITY TITLE ) | |
| AND ESCROW CO. OF MEMPHIS, LLC, ) | |
| GREGG DREW, CAREY CALIFF, ) | |
| STEVEN WINKEL, AND ERNEST WELLS, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING UNOPPOSED MOTION OF
## EQUITY TITLE AND ESCROW CO. OF MEMPHIS, LLC,
## CAREY CALIFF AND STEVE WINKEL
## FOR EXTENSION OF TIME TO DISCLOSE EXPERTS

Before the Court is the Unopposed Motion of Equity Title and Escrow Co. of Memphis, LLC, Carey Califf and Steve Winkel for Extension of Time to Disclose Experts. The Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the deadline for disclosure of experts by Equity Title and Escrow Co. of Memphis, LLC, Carey Califf and Steve Winkel is extended and that these Defendants will not be required to disclose any experts until sixty (60) days following Plaintiff's disclosure of experts.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on

IT IS SO ORDERED, this 19 day of August, 2005.

                                   UNITED STATES ~~DISTRICT~~ JUDGE
                                             Magistrate

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 253 in case 2:03-CV-02567 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Bernice Donald
US DISTRICT COURT