UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| EDGAR JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HOME TECH SERVICES CO., INC., ET AL.,<br><br>    Defendants. | No. 03-2567 – D/P |
| BOBBIE J. CARR,<br><br>    Plaintiff,<br><br>v.<br><br>HOME TECH SERVICES CO., INC., ET AL.,<br><br>    Defendants. | ~~No. 03-2569 – D/P~~ |

**ORDER ON UNOPPOSED MOTION FOR EXTENSION
OF DEADLINE TO FILE DISPOSITIVE MOTIONS**

Before the Court is the Unopposed Motion of Defendants, Equity Title and Escrow Co. of Memphis, LLC, Stephen Winkel, Carey Califf, Wachovia Bank of Delaware National Association, Home Tech Services Co., Inc., Memphis Financial Services, Inc., Worldwide Mortgage Corporation, Ernest Wells, Sandra Wells and Nina Townes, for Extension of Deadline to File Dispositive Motions. The Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the deadline for filing dispositive motions is extended and that the parties will not be required to file such motions until sixty (60) days following Defendants' disclosure of experts.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

IT IS SO ORDERED, this __3__ day of __November__, 2005.

_[signature]_
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 259 in case 2:03-CV-02567 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT