FILED BY _lg_ D.C.

05 NOV 17 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**EDGAR JOHNSON,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No.: 03-2567 D

---

**BOBBIE CARR,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No. 03-2569 D

---

**CHARLENE SPINKS,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.**

Case No. 03-2568 D

---

**GERALD BOWEN, et al.,**

    Plaintiff,

v.

**WORLDWIDE MORTGAGE CORP., et al.**

Case No. 04-2575 D

---

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11/21/05__

264

**CHARLESETTA BEARD,**

    Plaintiff,

v.

Case No. 04-2183 D

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**BARBARA WILLINGHAM,**

    Plaintiff,

v.

Case No. 04-2391 D

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**ELIZABETH PITCHFORD,**

    Plaintiff,

v.

Case No. 04/05-2743 D

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**LILLY LEWIS,**

    Plaintiff,

v.

Case No. 05-2524

**MEMPHIS FINANCIAL SERVICES, INC., et al.**

---

## ORDER REFERRING CASE TO MEDIATION

By consent of the parties, the above cases are hereby referred to Attorney Arnold Perl of the law firm of Young and Perl for mediation. The mediator will assess the particular needs of each case to determine the specific needs of the parties.

**IT IS SO ORDERED** this ___16___ day of ___November___, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 264 in case 2:03-CV-02567 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT