FILED BY ___ D.C.

05 DEC -8 PM 2:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**EDGAR JOHNSON,**

    Plaintiff,

v.

    Case No.: **03-2567**

**HOME TECH SERVICES, et al.**

    Defendants.

## ORDER TO SHOW CAUSE

On July 31, 2003, Plaintiff filed a complaint alleging a causes of action under federal and state law, including, but not limited to the Racketeer Influenced and Corrupt Organizations Act, the Fair Housing Act, and the Tennessee Consumer Protection Act. On July 9, 2004, Defendants Steven Winkel, Carey Califf, and Equity Title and Escrow Co. of Memphis, LLC, filed a motion to dismiss (dkt. # 154). Pursuant to Fed. R. Civ. P. 12(b), Plaintiff has 30 days to file a written response to the motion. To date, Plaintiff has neither responded to the motion, nor sought an extension of time to respond.

Accordingly, Plaintiff is hereby ordered to file a written response on or before January 7, 2006. Thereafter, the motion will be decided on the existing record.

**IT IS SO ORDERED** this ___ day of _December_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 265 in case 2:03-CV-02567 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT