UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 21 AM 9: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EDGAR JOHNSON

    Plaintiff,

v.                                    NO:03-2567-BP D

HOME TECH SERVICES CO., INC.,
MEMPHIS FINANCIAL SERVICES, INC.
WORLDWIDE MORTGAGE CORPORATION
WACHOVIA BANK OF DELAWARE
NATIONAL ASSOCIATION,
EQUITY TITLE AND ESCROW CO. OF
MEMPHIS, LLC.,
GREGG DREW,
CARY CALIFF,
STEVEN WENKEL,
EARNEST WELLS, and
CHANDRA WELLS PERSON,

    Defendants.

---

ORDER GRANTING EVAN NAHMIAS, LOYS A JORDAN, LISA OVERALL AND
THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL
FOR HOME TECH SERVICES CO., INC., MEMPHIS FINANCIAL SERVICES,
WORLDWIDE MORTGAGE CORP., EARNEST WELLS AND CHANDRA WELLS
PERSON

---

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Home Tech Services Co., Inc., Memphis Financial Services, Inc., Worldwide Mortgage Corporation, Earnest Wells and Chandra Wells Person ('Defendants").

THE MOTION IS WELL TAKEN.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

1

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Home Tech Services Co., Inc., Memphis Financial Services, Inc., Worldwide Mortgage Corporation, Earnest Wells and Chandra Wells Person, and they are relieved of any future obligation on this matter.

Dated this 21 day of December, 2005.

Judge: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 267 in case 2:03-CV-02567 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT